No. **CR - 08 00114 JW**

**Filed**
FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

### THE UNITED STATES OF AMERICA
### vs.
### SHERRY GEHRUNG

### INDICTMENT

**COUNT ONE:** 18 U.S.C. §§ 1343 and 1346 - Wire Fraud

*A true bill.*

_____
Foreperson

Filed in open court this 27 day of February
A.D. 2008

_____
United States Magistrate Judge

Bail. $ No bail (arrest warrant)

DOCUMENT NO. 1    CSA's INITIALS
DISTRICT COURT
CRIMINAL CASE PROCESSING

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

E-FILING

Filed

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08 00114 JW RS |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. §§ 1343 and 1346 - Wire Fraud |
| v. | ) | |
| SHERRY GEHRUNG, | ) | SAN JOSE VENUE |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

Introduction

1. At all time relevant to this Indictment:

a. Sherry Gehrung was employed by Alza Corporation ("Alza") as an administrative assistant and worked in Alza's Mountain View, California facility.

b. Alza had its principal place of business at 1900 Charleston Road, Mountain View, California, within the Northern District of California. Alza is a pharmaceutical research and development company that is a wholly-owned subsidiary of Johnson & Johnson. Alza provided a corporate credit card to Gehrung for the purpose of paying for business-related travel and expenses for Gehrung and other employees.

INDICTMENT

c.  American Express was the issuer of the corporate credit card Alza provided to Gehrung ("the Alza American Express Card"). When the Alza American Express card was used to buy goods and services in the Northern District of California, authorization information from the card and the transaction details were sent electronically in interstate commerce from the purchase location in California to American Express in Phoenix, Arizona.

### The Scheme and Artifice to Defraud

2.  Between no later than February 24, 2007, and continuing to on or about October 13, 2007, Gehrung fraudulently charged a variety of personal expenses on the Alza American Express credit card, including, but not limited to, paying for a 1968 Ford Mustang and 1969 Chevrolet Camaro automobile, the restoration of those automobiles, cosmetic surgery, a Hawaii and Tahiti cruise vacation, a granite kitchen countertop, a residential air-conditioning unit, and American Express gift cards, knowing full well that she was not authorized to do so.

COUNT ONE: (18 U.S.C. §§ 1343 & 1346 – Wire Fraud)

3.  The factual allegations contained in paragraphs 1 and 2 are realleged and incorporated as if fully set forth here.

4.  On or about and between February 24, 2007 and October 13, 2007, in the Northern District of California, and elsewhere, the defendant,

SHERRY GEHRUNG,

did devise and intend to devise a scheme and artifice to defraud Alza as to material matters, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and to deprive Alza of its right to the honest services of its employees.

5.  On September 25, 2007, within the Northern District of California, and elsewhere, the defendant, for the purpose of executing said scheme and artifice to defraud, did knowingly cause to be transmitted by means of wire communication in interstate commerce certain writings, signs, signals, and pictures, to wit, an authorization request to an American Express facility in Phoenix, Arizona, for a payment totaling $6,100 to the Mustang Ranch, a car restoration business in Santa Clara, California. American Express authorized the transaction and sent this information

INDICTMENT
2

1 | electronically in interstate commerce back to the Mustang Ranch;

2 | All in violation of Title 18, United States Code, Sections 1343 and 1346.

3 | DATED: 2/27/08

A TRUE BILL

*[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: *[signature]*)
AUSA Fazioli

**INDICTMENT**

3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

Count 1: 18 U.S.C. §§ 1343 and 1346 - Wire Fraud

E-FILING

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years imprisonment, $1,000,000 fine, 3 years supervised release, Restitution, $100 special assessment fee

---- DEFENDANT - U.S. ----

Filed
FEB 2 7 2008

▶ SHERRY GEHRUNG

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
DISTRICT COURT NUMBER NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CR - 08 00114 JW

RS

---- DEFENDANT ----

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

U.S. Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Has detainer been filed?
☐ Yes
☐ No
} If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY _____

Name and Office of Person
Furnishing Information on
THIS FORM          JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   JOSEPH FAZIOLI

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: NONE

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: