**PAUL N. PURI**
**ATTORNEY [SBN 225741]**
PAUL PURI & ASSOCIATES
425 Market Street, Suite 2200
San Francisco, California 94105
Telephone (415) 512-5253
Facsimile (415) 512-5254
Email attorney@paulpuri.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>SHERRY GEHRUNG,<br><br>        Defendant | Criminal Docket Number **08-00114 JW**<br><br>**NOTICE OF APPEARANCE**<br><br>DATE: March 4, 2008<br><br>BEFORE THE HONORABLE JUDGE JAMES WARE |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Paul N. Puri has been retained by and enters his appearance on behalf of **SHERRY GEHRUNG** in the above-entitled matter.

Dated this 4th day of March, 2008

/s/
PAUL N. PURI
ATTORNEY [SBN 225741]

On Behalf of
SHERRY GEHRUNG

PAUL PURI &
ASSOCIATES

GEHRUNG, SHERRY / NOTICE OF APPEARANCE - 1