**PAUL N. PURI**
**ATTORNEY [SBN 225741]**
PAUL PURI & ASSOCIATES
425 Market Street, Suite 2200
San Francisco, California 94105
Telephone (415) 512-5253
Facsimile (415) 512-5254
Email attorney@paulpuri.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br><br>SHERRY GEHRUNG,<br><br>                    Defendant | Criminal Docket Number **08-00114 JW**<br><br>**CERTIFICATE OF SERVICE BY MAIL**<br><br>DATE: March 4, 2008<br><br><br>BEFORE THE HONORABLE JUDGE JAMES WARE |

I, Paul N. Puri, certify that on March 4, 2008, I placed a true and correct copy of the attached:

**NOTICE OF APPEARANCE OF ATTORNEY**

in the United States Postal Service outgoing mail bin to the following:

> Joseph Fasioli
> Assistant U.S. Attorney
> 150 South Almaden Boulevard
> San Jose, California 95113

I declare under penalty of perjury that all the statements made in this "Certificate of Service" are true and correct and that if called to testify as a witness in this matter, I could and would competently testify of the facts set forth in this Certificate.

DATE:_____          _____/s/_____
                                                            ATTORNEY PAUL N. PURI
                                                            ON BEHALF OF
                                                            SHERRY GEHRUNG

GEHRUNG, SHERRY /  CERTIFICATE OF SERVICE RE: NOTICE OF APPEARANCE - 1