JOHN A. W. HALLEY, SBN 111682
ATTORNEY AT LAW
620 Jefferson Avenue
Redwood City, CA 94063
Tel: (650) 366-6789
Fax: (650) 365-5386

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHERRY GEHRUNG,<br><br>    Defendant, | Criminal Docket No. 08-00114 JW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>DATE: March 6, 2008<br><br>BEFORE THE HONORABLE JUDGE JAMES WARE |

Defendant, Sherry Gehrung, hereby notifies this Court that John A. W. Halley is substituted as her attorney of record in this case.

Dated: 3/6/08

JOHN A. W. HALLEY
On Behalf of Sherry Gehrung

By signature below, client and former counsel consents this substitution.

Dated: 3/6/08

SHERRY GEHRUNG, defendant

Dated: 3/6/08

PAUL PURI, Former Counsel