UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 3/31/2008
**Case No.:** CR- 08-0114 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Sherry Gehrung (NC)

**Attorney(s) for Plaintiff(s):** Joe Fazioli
**Attorney(s) for Defendant(s):** John Halley

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

**Hearing Held. Defendant present and not in custody for proceedings. This is the Defendant's initial appearance before this Court. The Court continued this matter to April 28, 2008 at 1:30 PM for a Further Status Conference. Time is excluded from March 31, 2008 through April 28, 2008 for Government to review discovery and to provide the discovery for Defense counsel to review.**

**Last Date for Trial: June 9, 2008.**

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: