JOHN A. W. HALLEY, SBN 111682
ATTORNEY AT LAW
620 Jefferson Avenue
Redwood City, CA 94063
Tel: (650) 366-6789
Fax: (650) 365-5386

Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*SAN JOSE DIVISION*

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SHERRY GEHRUNG, <br> Defendant. | Criminal Docket No. 08-00114 JW <br><br> **APPLICATION AND STIPULATION FOR APPROVAL OF TRAVEL** |

Defendant hereby applies to this court for approval for the following travel outside the district:

Defendant proposes to travel outside the district on a day trip on Saturday, June 8, 2008 from 8:30 a.m. to about 8:00 p.m. The purpose of this travel is to attend a trade show, called the Western States Horse Expo at the Cal Expo site, 1600 Exposition Blvd., Sacramento, CA location in Sacramento. This is a trade show for those who work in the horse business. Defendant works in that business as a horse trainer and riding instructor.

AUSA Joseph A. Fazioli has no objection and stipulates to this travel being approved, as indicated by his signature below.. The assigned pretrial services agent, Ms. Laura Weigel also has no objection to approval being granted. Defendant is charged with 18 USC 1343 and 1346 (wire fraud). She was released on an unsecured appearance bond by order of Magistrate Judge Nandor J. Vadas on March 6, 2008. The case is next set for setting/dispositional hearing before Judge Ware on June 20, 2008 at 1:30 p.m.

Dated: 6/5/08

_____
John Halley,
Attorney for Defendant

The prosecution, through Assistant United States Attorney Joseph Fazioli, hereby agrees and stipulates to approval of defendant's application for travel outside the district.

Dated: 6/4/08

Joseph A. Fazioli,
Assistant U.S. Attorney

# PROOF OF SERVICE

I, Anabel D. Saldana, a citizen of the U. S., over the age of 18 years, and not a party to this action. My business address is 620 Jefferson Avenue in Redwood City, CA 94063

On **June 5, 2008**, I served the documents indicated by:

\_\_\_\_\_ personally hand delivering copies of the documents to the addresses indicated below

__X__ placing them in the US mail, prepaid first class, at Redwood City, CA, addressed to the persons indicated below

\_\_\_\_\_ transmitting them by fax to the phone numbers shown below

> Joseph Fazioli
> Assistant U.S. Attorney
> 150 South Almaden Blvd.
> San Jose, CA 95113

The document[s] served is/are:

**APPLICATION AND STIPULATION FOR APPROVAL OF TRAVEL**

Executed at Redwood City, California on **June 5, 2008** I declare the foregoing to be true and correct under penalty of perjury.

_____
ANABEL D. SALDANA