JOHN A. W. HALLEY, SBN 111682
ATTORNEY AT LAW
620 Jefferson Avenue
Redwood City, CA 94063
Tel: (650) 366-6789
Fax: (650) 365-5386

Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA | Criminal Docket No. 08-00114 JW |
| Plaintiff, | **ORDER APPROVING TRAVEL** |
| v. | |
| SHERRY GEHRUNG | |
| Defendant. | |

Approval is hereby given for defendant to travel outside the district as follows:

For travel on a day trip on Saturday, June 8, 2008 from 8:30 a.m. to about 8:00 p.m. to attend a trade show, called the Western States Horse Expo at the Cal Expo site, 1600 Exposition Blvd., Sacramento, CA.

Dated: _____

_____
Magistrate Judge Richard Seeborg

# PROOF OF SERVICE

I, Anabel D. Saldana, a citizen of the U. S., over the age of 18 years, and not a party to this action. My business address is 620 Jefferson Avenue in Redwood City, CA 94063

On **June 5, 2008**, I served the documents indicated by:

\_\_\_\_ personally hand delivering copies of the documents to the addresses indicated below

__X__ placing them in the US mail, prepaid first class, at Redwood City, CA, addressed to the persons indicated below

\_\_\_\_ transmitting them by fax to the phone numbers shown below

> Joseph Fazioli
> Assistant U.S. Attorney
> 150 South Almaden Blvd.
> San Jose, CA 95113

The document[s] served is/are:

**ORDER APPROVING TRAVEL**

Executed at Redwood City, California on **June 5, 2008** I declare the foregoing to be true and correct under penalty of perjury.

_____
ANABEL D. SALDANA