JOHN A. W. HALLEY, SBN 111682
ATTORNEY AT LAW
620 Jefferson Avenue
Redwood City, CA 94063
Tel: (650) 366-6789
Fax: (650) 365-5386

Attorney for Defendant

**FILED**

JUN 5 2008

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA | Criminal Docket No. 08-00114 JW |
| Plaintiff, | **ORDER APPROVING TRAVEL** |
| v. | |
| SHERRY GEHRUNG | |
| Defendant. | |

Approval is hereby given for defendant to travel outside the district as follows:

For travel on a day trip on Saturday, June 8, 2008 from 8:30 a.m. to about 8:00 p.m. to attend a trade show, called the Western States Horse Expo at the Cal Expo site, 1600 Exposition Blvd., Sacramento, CA.

Dated: June 5, 2008

_____
Magistrate Judge Richard Seeborg