UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**   June 30, 2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR- 08-0114 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:**   N/A |

### TITLE

U.S.A. v. Sherry Gehrung (NC)

**Attorney(s) for Plaintiff(s):** Joe Fazioli
**Attorney(s) for Defendant(s):** John Halley

### PROCEEDINGS

Status Hearing re Disposition Hearing

### ORDER AFTER HEARING

**Hearing Held. Defendant present and not in custody for proceedings. The Court continued this matter to July 7, 2008 at 1:30 PM for Setting/Disposition. Time is excluded from June 30, 2008 through July 7, 2008.**

_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: