JOHN A. W. HALLEY, SBN 111682
ATTORNEY AT LAW
620 Jefferson Avenue
Redwood City, CA 94063
Tel: (650) 366-6789
Fax: (650) 365-5386

Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*SAN JOSE DIVISION*

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Criminal Docket No. 08-00114 JW |
| Plaintiff, | APPLICATION AND STIPULATION FOR APPROVAL OF TRAVEL |
| v. | |
| SHERRY GEHRUNG, | |
| Defendant. | |

Defendant hereby applies to this court for approval for the following travel outside the district:

Defendant proposes to travel outside the district on a weekend trip from Friday, July 4, 2008 to Sunday, July 6, 2008. The purpose of this travel is to attend a family gathering for the Fourth of July National holiday at her parents second/retirement home located at 4525 Los Nogales Road, La Grange, California. The location of their home is a two hour drive East of the Bay Area.

AUSA Joseph A. Fazioli has no objection and stipulates to this travel being approved, as indicated by his signature below. The assigned pretrial services agent, Ms. Laura Weigel also has no objection to approval being granted. Defendant is charged with 18 USC 1343 and 1346 (wire fraud). She was released on an unsecured appearance bond by order of Magistrate Judge Nandor J. Vadas on March 6, 2008. The case is next set for setting/dispositional hearing before Judge Ware on June 30, 2008 at 1:30 p.m.

Dated: _____                    _____
                                 John Halley,
                                 Attorney for Defendant

1  The prosecution, through Assistant United States Attorney Joseph Fazzioli, hereby
2  agrees and stipulates to approval of defendant's application for travel outside the district.
3
4  Dated: [signature]
                    Joseph A. Fazzioli,
                    Assistant U.S. Attorney

2