JOHN A. W. HALLEY, SBN 111682
ATTORNEY AT LAW
620 Jefferson Avenue
Redwood City, CA 94063
Tel: (650) 366-6789
Fax: (650) 365-5386

Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

SHERRY GEHRUNG,

Defendant.

Criminal Docket No. 08-00114 JW

ORDER APPROVING TRAVEL

Approval is hereby given for defendant to travel outside the district as follows:

For travel on a day trip on Firday, July 4, 2008 to Sunday, July 6, 2008, to attend a family gathering at the home of her parents located at 4525 Los Nogales Road, La Grange, California.

Dated: _____

_____
Magistrate Judge Richard Seeborg

3