```
 1  JOHN A. W. HALLEY, SBN 111682
    ATTORNEY AT LAW
 2  620 Jefferson Avenue
    Redwood City, CA 94063
 3  Tel: (650) 366-6789
    Fax: (650) 365-5386
 4

 5  Attorney for Defendant
```

**FILED**

JUL - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Criminal Docket No. 08-00114 JW |
| Plaintiff, | **ORDER APPROVING TRAVEL** |
| v. | |
| SHERRY GEHRUNG | |
| Defendant. | |

Approval is hereby given for defendant to travel outside the district as follows:

For travel on a day trip on Firday, July 4, 2008 to Sunday, July 6, 2008, to attend a family gathering at the home of her parents located at 4525 Los Nogales Road, La Grange, California.

Dated: 7/1/08

Magistrate Judge ~~Richard Seeborg~~

Howard Lloyd