UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** July 7, 2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR-08-0114 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

## TITLE

U.S.A. v. Sherry Gehrung (NC)

**Attorney(s) for Plaintiff(s):** Joe Fazioli
**Attorney(s) for Defendant(s):** John A.W. Halley

## PROCEEDINGS

Disposition Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant Gehrung present and not in custody for proceedings. The Court voir dired the Defendant on the plea agreement. The Defendant entered a guilty plea as to Count ONE (1) of the Indictment. The plea agreement was executed in open court. The Court referred this matter immediately to the Probation Office for preparation of a presentence investigation report. The Court set a date for Judgment and Sentencing on October 20, 2008 at 1:30 PM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: