JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5081
E-Mail: joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00114 JW |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING RESPONSE TO DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. § 2255 |
| v. ) | |
| SHERRY GEHRUNG, ) | |
| Defendant. ) | |

On November 19, 2009, this Court issued an Order Requesting Briefing from Government directing the United States to file a Response to Defendant Sherry Gehrung's Section 2255 motion. Defendant Gehrung's section 2255 motion claims that she received ineffective assistance of counsel in connection with the determination of restitution and that she is entitled to a credit on the amount of restitution she owes. The United States' response to defendant Gehrung's Section 2255 motion is currently due on May 28, 2010.

The parties now jointly request that the government's May 28, 2010 date for a response to defendant Gehrung's Section 2255 motion be extended until June 25, 2010. In an effort to eliminate unnecessary litigation, the parties are currently conferring about whether the restitution-related issues defendant Gehrung raises in her Section 2255 motion are amendable to

[PROPOSED] ORDER
No. CR 08-00114 JW                    -1-

1  resolution.  As part of this process, the government is conferring with law enforcement and
2  undersigned defense counsel is conferring with defendant Gehrung.  If a resolution of the issues
3  raised in defendant Gehrung's Section 2255 motion  is not reached by all parties, the government
4  shall submit a response to that motion by the proposed June 25, 2010 response date.

   In light of the above, the parties agree, and the Court finds and holds, as follows:

1. The government's May 28, 2010 date for a response to defendant Gehrung's Section 2255 motion is extended until June 25, 2010.

STIPULATED:

DATED:     5/27/10                    /s/
                                      JOHN HALLEY
                                      Counsel for Defendant Gehrung

DATED:     5/27/10                    /s/
                                      JOSEPH A. FAZIOLI
                                      Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 2, 2010                   _____
                                      JAMES WARE
                                      UNITED STATES DISTRICT JUDGE