JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5081
   E-Mail: joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00114 JW |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING RESPONSE TO DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. § 2255 |
|    v. ) | |
| SHERRY GEHRUNG, ) | |
|    Defendant. ) | |

On November 19, 2009, this Court issued an Order Requesting Briefing from Government directing the United States to file a Response to Defendant Sherry Gehrung's Section 2255 motion. Defendant Gehrung's section 2255 motion claims that she received ineffective assistance of counsel in connection with the determination of restitution and that she is entitled to a credit on the amount of restitution she owes. The United States' response to defendant Gehrung's Section 2255 motion is currently due on June 25, 2010.

The parties now jointly request that the government's June 25, 2010 date for a response to defendant Gehrung's Section 2255 motion be extended until July 23, 2010. In an effort to eliminate unnecessary litigation, the parties are currently conferring about whether the restitution-related issues defendant Gehrung raises in her Section 2255

1 motion are amendable to resolution. The parties have made progress toward a potential
2 resolution of the issues raised in defendant Gehrung's Section 2255 motion. As part of
3 this process, the government is conferring with law enforcement, and undersigned
4 defense counsel reported back today to the government regarding his communications
5 with defendant Gehrung.
6       In light of the above, the parties agree, and the Court finds and holds, as follows:
7 1.    The government's June 25, 2010 date for a response to defendant Gehrung's
8 Section 2255 motion is extended until July 23, 2010.

10 STIPULATED:
11 DATED:____6/24/10_____       _____/s/_____
12       JOHN HALLEY
      Counsel for Defendant Gehrung

14 DATED:____6/24/10_____       _____/s/_____
15       JOSEPH A. FAZIOLI
      Assistant United States Attorney

16 IT IS SO ORDERED.
17 DATED:____June 25, 2010_____       _____
18       JAMES WARE
      UNITED STATES DISTRICT JUDGE