MELINDA HAAG (CASBN 132612)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5081
   E-Mail:  joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-00114 JW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR FILING RESPONSE TO DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. § 2255 |
| v. | ) | |
| SHERRY GEHRUNG, | ) | |
| Defendant. | ) | |

On November 19, 2009, this Court issued an Order Requesting Briefing from Government directing the United States to file a Response to Defendant Sherry Gehrung's Section 2255 motion. Defendant Gehrung's Section 2255 motion claims that she received ineffective assistance of counsel in connection with the determination of restitution and that she is entitled to a credit on the amount of restitution she owes. The United States' response to defendant Gehrung's Section 2255 motion was due on August 31, 2010.

The parties now jointly request that the government's due date for a response to defendant Gehrung's Section 2255 motion be extended until September 21, 2010. In an effort to eliminate unnecessary litigation, the parties are currently conferring about

[PROPOSED] ORDER
No. CR 08-00114 JW                        -1-

1  whether the restitution-related issues defendant Gehrung raises in her Section 2255
2  motion are amendable to resolution.  The parties have made progress toward a potential
3  resolution of the issues raised in defendant Gehrung's Section 2255 motion.  As part of
4  this process, the government has both conferred with law enforcement regarding the
5  claims Gehrung has made in her Section 2255 motion, as well as also recently conferring
6  with the victim-company in this case to obtain their input regarding a proposed resolution.
7       In light of the above, the parties agree, and the Court finds and holds, as follows:
8  1.    The government's due date for a response to defendant Gehrung's Section 2255
9  motion is extended until September 21, 2010.

STIPULATED:

DATED:     9/2/10            _____/s/_____
                             JOHN HALLEY
                             Counsel for Defendant Gehrung


DATED:     9/1/10            _____/s/_____
                             JOSEPH A. FAZIOLI
                             Assistant United States Attorney

IT IS SO ORDERED.
DATED: September 8, 2010     _____
                             JAMES WARE
                             UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
No. CR 08-00114 JW                    -2-