1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Facsimile: (408) 535-5081
       E-Mail:  joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,         )   No. CR 08-00114 JW
14                                   )
         Plaintiff,                  )   STIPULATION AND [PROPOSED]
15                                   )   ORDER RE: EXTENSION OF TIME
      v.                             )   FOR FILING RESPONSE TO
16                                   )   DEFENDANT'S MOTION PURSUANT
   SHERRY GEHRUNG,                   )   TO 18 U.S.C. § 2255
17                                   )
         Defendant.                  )
18 _____    )

19         On November 19, 2009, this Court issued an Order Requesting Briefing from

20  Government directing the United States to file a Response to Defendant Sherry Gehrung's

21  Section 2255 motion.  Defendant Gehrung's Section 2255 motion claims that she

22  received ineffective assistance of counsel in connection with the determination of

23  restitution and that she is entitled to a credit on the amount of restitution she owes.  The

24  United States' response to defendant Gehrung's Section 2255 motion was due on

25  September 21, 2010.

26         The parties now jointly request that the government's due date for a response to

27  defendant Gehrung's Section 2255 motion be extended until November 5, 2010.  In an

28  effort to eliminate unnecessary litigation, the parties are currently conferring about

[PROPOSED] ORDER
No. CR 08-00114 JW                        -1-

1  whether the restitution-related issues defendant Gehrung raises in her Section 2255
2  motion are amendable to resolution.  The parties have made progress toward a potential
3  resolution of the issues raised in defendant Gehrung's Section 2255 motion.  As part of
4  this process, the government has both conferred with law enforcement regarding the
5  claims Gehrung has made in her Section 2255 motion, as well as also conferring with the
6  victim-company in this case to obtain their input regarding a proposed resolution.
7       In light of the above, the parties agree, and the Court finds and holds, as follows:
8  1.   The government's due date for a response to defendant Gehrung's Section 2255
9  motion is extended until November 5, 2010.
10      This is the Government's final continuance.
11 STIPULATED:
12 DATED:___10/4/10_____        _____/s/_____
                                   JOHN HALLEY
13                                 Counsel for Defendant Gehrung

15 DATED:___10/4/10_____        _____/s/_____
                                   JOSEPH A. FAZIOLI
16                                 Assistant United States Attorney

17 IT IS SO ORDERED.
18 DATED: October 5, 2010          _____
                                   JAMES WARE
19                                 UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
No. CR 08-00114 JW                 -2-