1   MELINDA L. HAAG (CABN 132612)
    United States Attorney
2
    J. DOUGLAS WILSON (DCBN 412811)
3   Acting Criminal Chief

4   JOSEPH A. FAZIOLI (ILBN 6273413)
    Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       Facsimile: (408) 535-5066
        joseph.fazioli@usdoj.gov
8
    Attorneys for the United States
9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14   UNITED STATES OF AMERICA,          )   No. CR 08-00114 JW
                                         )
15          Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                         )   ORDER AUTHORIZING DEFENDANT
16      v.                               )   TO RECEIVE ADDITIONAL CREDIT
                                         )   ON HER RESTITUTION OBLIGATION
17   SHERRY GEHRUNG,                     )   AND DISMISSING DEFENDANT'S 18
                                         )   U.S.C. § 2255 MOTION REGARDING
18          Defendant.                   )   RESTITUTION
     _____)

19

20          The United States of America and defendant Sherry Gehrung respectfully submit this

21   stipulation and proposed order to: (1) permit defendant to receive credit against her restitution for

22   $45,513.17 she previously repaid the victim-company Alza (her former employer) from whom

23   she had embezzled $328,269.59; as well as (2) receive credit against her restitution for $1,840

24   worth of cash and various gift cards defendant is prepared to surrender any interest in and have

25   the proceeds applied to restitution; and (3) dismiss with prejudice defendant's previously-filed 18

26   U.S.C. § 2255 motion claiming that she received ineffective assistance of counsel because her

27   attorney, John Halley, did not insure at sentencing that defendant receive a credit against her

28   restitution for the aforementioned $45,513.37 she previously repaid Alza.

**BACKGROUND**

A.    On October 24, 2008, the Court entered a Judgment in a Criminal Case (the "J&C"), by which defendant was convicted of Wire Fraud, was sentenced to 15 months of imprisonment, and ordered to pay (1) a special assessment of $100, and (2) restitution of $328,296.59 to payee Alza Corporation.

B.    As put forward in the plea agreement in this matter, defendant's conviction arose from her criminal conduct while employed as an Administrative Assistant at the Alza Corporation when she used an Alza American Express credit card to pay for personal expenses that were not related to Alza's business.

C.    Defendant has served her custodial sentence and has paid her special assessment.

D.    Defendant believes she should be given credit against her restitution balance for $45,513.37 she repaid Alza prior to her sentencing. The Presentence Report in this case indicated that defendant had "made a payment of $45,513.17 toward the [Alza American Express] credit card from her personal Wells Fargo checking account" prior to her arrest. See Presentence Report at ¶12.

E.    On November 3, 2009, defendant filed a 18 U.S.C. § 2255 motion claiming that she was denied the effective assistance of counsel because her counsel did not request that the amount of restitution be adjusted to reflect the $45,513.17 pre-arrest payment defendant made to Alza.

F.    The United States Attorney's Office subsequently contacted the United States Secret Service, which has confirmed that defendant did in fact make a payment of $45,513.17 from her personal account to pay off her Alza American Express credit card bill.

G.    During the course of the prosecution of defendant's embezzlement, the United States Secret Service has taken into its possession a $1,117 cash and a total of $723 in various gift cards that had previously been in the defendant's possession.

H.    The defendant agrees to relinquish any and all right, title and interest she may have in the $1,840 total in cash and gift cards referenced above in paragraph (G) and also agrees

1   that such right, title and interest can be applied toward the payment of restitution to Alza.

2       For good cause, the parties stipulate and agree as follows:

3                                   **STIPULATION**

4       1       The Clerk of the Court shall give defendant a credit of $45,513.17 toward

5   restitution for the $45,513.17 she repaid Alza prior to her sentencing.

6       2.      The cash and gift cards totaling $1,840 related to this case currently in the

7   possession of the United States Secret Service are ordered to be turned over to the Clerk of the

8   Court to be provided as payment for restitution to victim Alza.

9       3.      The Clerk of the Court shall give defendant an additional credit of $1,840 toward

10  restitution in connection with the cash and gift cards referenced above at paragraph (2).

11      4.      The defendant's 18 U.S.C. § 2255 motion is ordered dismissed with prejudice.

12

13      **SO STIPULATED:**

14  Dated: _11/2/10_

15                                              SHERRY GEHRUNG
                                                Defendant

16

17                                              MELINDA L. HAAG
                                                United States Attorney
18

19

20  Dated: _11/3/10_

21                                              JOSEPH A. FAZIOLI
                                                Assistant United States Attorney

22      I have fully explained to my client the rights that a criminal defendant has and all the

23  terms of this Stipulation and Proposed Order.  In my opinion, my client understands all the terms

24  of this Stipulation and Proposed Order, and, based on the information now known to me, her

25  decision to enter into this Stipulation and Proposed Order is knowing and voluntary.

26

27  Dated: _11/2/10_

28                                              JOHN HALLEY
                                                Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEFENDANT TO RECEIVE ADDITIONAL
CREDIT ON HER RESTITUTION OBLIGATION AND DISMISSING DEFENDANT'S 18 U.S.C. § 2255
MOTION RE RESTITUTION                        -3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER APPROVING STIPULATION

The Court, having reviewed the stipulation set forth above, and good cause appearing, hereby approves it and orders: (1) (2) (3) and (4)

IT IS SO ORDERED.


Dated: November 5, 2010

JAMES WARE
United States District Judge

STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEFENDANT TO RECEIVE ADDITIONAL CREDIT ON HER RESTITUTION OBLIGATION AND DISMISSING DEFENDANT'S 18 U.S.C. § 2255 MOTION RE RESTITUTION                    -4-